Alice H. Ware, CA SBN 102428
LAW OFFICE OF ALICE H. WARE
6930 Destiny Drive, Suite 700
Rocklin, CA 95677
Ph: 916-781-3355

Attorney for Maryam Varzandeh

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In Re:

MARYAM VARZANDEH

Debtor

Case No. 2010-25207
Hearing Date: July 5, 2011
Hearing Time: 9:30 a.m.
Courtroom 35, 6th Floor
Honorable Christopher Klein
Docket Control No.: AHW-01

## MOTION TO COMPEL THE TRUSTEE TO ABANDON THE ESTATE'S INTEREST IN REAL PROPERTY

Alice H. Ware, of Law Office of Alice H. Ware, on behalf of Maryam Varzandeh, the Debtor herein, hereby moves this Court for an Order Compelling the Trustee to Abandon the Estate's interest in Real Property. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on March 4, 2010. David Gravell was duly appointed to serve as the Trustee in this case.

2. This motion is brought pursuant to 11 U.S.C. §554(b) and Rule 6007 of the Federal Rules of Bankruptcy Procedure.

3. As shown Schedule A of the filed schedules of this case, the Debtor has an interest in the real property commonly-known as 2013 Frensham Drive in Roseville, CA 95661 (hereinafter, the "ASSET"). A copy of schedule A is shown in the concurrently-filed Exhibits and is incorporated herein by reference. The Debtor believes and asserts that the reasonable, fair-market value of the ASSET is **$356,500.00**.

Motion to Abandon Real Property        1

4. This asserted value is based on the opinion of the Debtor. The Declaration of the Debtor in support of this value is filed concurrently with this Motion and incorporated herein by reference.

5. As shown in Schedule D of the filed case, Countrywide Home Lending ak a Bank of America and Placer County Tax Collector hold valid security interests in the ASSET. A copy of schedule D is shown in the concurrently-filed Exhibits and is incorporated herein by reference.

6. The Debtor further believes and asserts that the present balance owed by the Debtor to these creditors aggregate **$460,182.00**.

7. As shown in Schedule C of the filed case, the Debtor has not claimed an exemption in this ASSET. A copy of Schedule C is shown in the concurrently-filed Exhibits and is incorporated herein by reference.

8. In summary

   Value of ASSET .................................................................... $356,500.00

   Less: Creditor liens ................................................................ $460,182.00

   Adjusted Equity ............................................................................. $.00

   Less: Exemption claimed .............................................................. $   .00

   Net Equity........................................................................................$   0

9. Pursuant to §554(b) of Title 11 US Codes[1], the Court may order the Trustee to abandon the estate's interest in assets of the estate.

10. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtor, to file a motion seeking to compel the Trustee to abandon property of the estate.

---

[1] 11 US Codes, §554(b): "On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

Motion to Abandon Real Property                    2

11. Based on the foregoing and the Declarations filed herewith, the Debtor asserts that the value of the estate's interest in the ASSET is $0.00.

## RESTATEMENT

WHEREFORE, the Debtor moves the Court to compel the Trustee to Abandon the estate's interest in this ASSET.

Respectfully submitted on June 6, 2011.

/s/ *Alice H. Ware*
Alice H. Ware, CA SBN 102428
LAW OFFICE OF ALICE H. WARE
6930 Destiny Drive, Suite 700
Rocklin, CA 95677

Alice H. Ware, CA SBN 102428
LAW OFFICE OF ALICE H. WARE
6930 Destiny Drive, Suite 700
Rocklin, CA 95677
Ph: 916-781-3355

Attorney for Maryam Varzandeh

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MARYAM VARZANDEH<br><br>Debtor's | Case No. 2010-25207<br>Hearing Date: July 5, 2011<br>Hearing Time: 9:30 a.m.<br>Courtroom 35, 6th Floor<br>Honorable Christopher Klein<br>Docket Control No.: AHW-01 |

## DECLARATION IN SUPPORT OF MOTION TO COMPEL THE TRUSTEE TO ABANDON THE ESTATE'S INTEREST IN REAL PROPERTY

I, Maryam Varzandeh, the Debtor herein, hereby declare:

1. The matters as set forth in this declaration are true to the best of my own knowledge; and, if called upon to do so, I could and would competently testify to them.

2. I am the Debtor in the above-entitled Bankruptcy case. My case was commenced with the filing of a petition on March 4, 2010. David Gravell was duly appointed to serve as Trustee.

3. The Schedules filed on my case disclose my interest in the real property commonly-known as 2013 Frensham Drive in Roseville, CA 95661 (hereinafter, the "ASSET").

4. I believe and assert that the reasonable, filing date fair-market value of the ASSET is **$356,500.00.**

5. As shown in Schedule D of my case, Countrywide Home Lending aka Bank of America and Placer County Tax Collector hold valid security interests in the ASSET.

Declaration – Motion to Abandon 1

6. The Schedules filed on my case reflect that the present balance owed to these creditors aggregate **$460,182.00**.

7. As shown in Schedule C of my case, I have not claimed an exemption in this ASSET.

8. Based on the value of the ASSET, the interests held by the secured creditors and the claimed exemption, if any, I believe and assert that the value of the estate's interest in the ASSET is $0.00.

Wherefore, I join with my attorney in moving this Court to Compel the Trustee to Abandon the Estate's interest in the ASSET.

## CERTIFICATION

I, Maryam Varzandeh, hereby certify under penalty of perjury that I have read the foregoing Declaration in Support of Motion to Compel the Trustee to Abandon the Estate's interest in Real Property. I further certify that the contents thereof are true and correct to the best of my knowledge and belief.

Executed on June 6, 2011 at Roseville, CA.

*/s/ Maryam Varzandeh*
Maryam Varzandeh

Declaration – Motion to Abandon            2

```
 1   4
     Alice H. Ware, CA SBN 102428
 2   LAW OFFICE OF ALICE H. WARE
     6930 Destiny Drive, Suite 700
     Rocklin, CA 95677
 3   Ph: 916-781-3355

 4   Attorney for Maryam Varzandeh
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 2010-25207 |
|---|---|
| MARYAM VARZANDEH | Hearing Date: July 5, 2011 |
| | Hearing Time: 9:30 a.m. |
| | Courtroom 35, 6th Floor |
| | Honorable Christopher Klein |
| | Docket Control No.: AHW-01 |
| Debtor's | |

## EXHIBITS: SCHEDULES 1, 2 & 3 OF

### Case #2010-25207

**EXHIBIT 1.** . . . . . . . . . . . . . . . . . . . . . Schedule A

**EXHIBIT 2.** . . . . . . . . . . . . . . . . . . . . . Schedule D

**EXHIBIT 3.** . . . . . . . . . . . . . . . . . . . . . Schedule C

In re  **Maryam Varzandeh**    Case No. __2010-25207__
                Debtor

# SCHEDULE A - REAL PROPERTY-EXHIBIT 1

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: Single family Residence 4 bedrooms, 2 bath, approx. 2217 sq. ft.**<br>**Location: 2013 Frensham Drive, Roseville CA 95661** | | - | 356,500.00 | 460,182.00 |

                                             Sub-Total >      356,500.00    (Total of this page)

                                                Total >       356,500.00

__0__ continuation sheets attached to the Schedule of Real Property         (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Maryam Varzandeh**                                              , Case No. __2010-25207__
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS- EXHIBIT 2

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0019**<br><br>**Countrywide Home Lending**<br>**Attention: Bankruptcy CA6-919-01-41**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | | - | Opened 1/01/07  Last Active 11/20/09<br>**First Mortgage**<br>Residence: Single family Residence 4 bedrooms, 2 bath, approx. 2217 sq. ft. Location: 2013 Frensham Drive, Roseville CA 95661 | | | | | |
| | | | Value $  356,500.00 | | | | 410,843.00 | 54,343.00 |
| Account No. **xxxxx3417**<br><br>**Countrywide Home Lending**<br>**Attention: Bankruptcy CA6-919-01-41**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | | - | Opened 1/01/07  Last Active 7/14/08<br>**Second Mortgage**<br>Residence: Single family Residence 4 bedrooms, 2 bath, approx. 2217 sq. ft. Location: 2013 Frensham Drive, Roseville CA 95661 | | | | | |
| | | | Value $  356,500.00 | | | | 44,339.00 | 44,339.00 |
| Account No. **5000**<br><br>**Placer County Tax Collector**<br>**2976 Richardson Drive**<br>**Auburn, CA 95603-2640** | | - | 2008-2009<br>**Property Taxes**<br>Residence: Single family Residence 4 bedrooms, 2 bath, approx. 2217 sq. ft. Location: 2013 Frensham Drive, Roseville CA 95661 | | | | | |
| | | | Value $  356,500.00 | | | | 5,000.00 | 5,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 460,182.00 | 103,682.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 460,182.00 | 103,682.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                 Best Case Bankruptcy

In re  **Maryam Varzandeh**  
Debtor,  

Case No. **2010-25207**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT-EXHIBIT 3

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** <br> Cash on Hand <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking Account #3301 <br> American River Bank <br> 2240 Douglas Blvd. <br> Roseville, CA 95661 | C.C.P. § 703.140(b)(5) | 1,062.00 | 1,062.00 |
| Savings Account #6310 <br> American River Bank <br> 2240 Douglas Blvd. <br> Roseville, CA 95661 | C.C.P. § 703.140(b)(5) | 14,593.00 | 14,593.00 |
| **Household Goods and Furnishings** <br> Furniture: Living Room furnishings, couch, lamps, Tv, coffee table, beds (3) Dressers, dining table kitchen table, chairs, desks, books cds, cd player kitchen appliances , utencils, dishes, DVR player <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(3) | 1,700.00 | 1,700.00 |
| Office: Computer, printer, cell phones <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(3) | 700.00 | 700.00 |
| **Wearing Apparel** <br> Wearing apparel, Jackets, shoes for self and 2 children <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| **Furs and Jewelry** <br> Jewelry: watches, rings, necklaces, bracelets <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(4) | 75.00 | 75.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> Sports-Hobby: Snow skis, poles, boots <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| Musical: guitar, organ <br> Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(5) | 400.00 | 400.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> Estimated Income Tax Refund from IRS | C.C.P. § 703.140(b)(5) | 400.00 | 400.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   **Maryam Varzandeh**                                           Case No.   **2010-25207**
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT-EXHIBIT 3
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Estimated Income Tax Refund from Franchise Tax Board** | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** Other Vehicle: motor scooter Location: 2013 Frensham Drive, Roseville CA 95661 | C.C.P. § 703.140(b)(5) | 400.00 | 400.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** COSMOTOLOGY SUPPLIES: hot tools, scissors, clippers, combs, brushes Brockway 2351 Sunset Blvd, Suite 130, Rocklin, CA 95765 | C.C.P. § 703.140(b)(6) | 350.00 | 350.00 |

                                                                       Total:     20,880.00         20,880.00
Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt